**UNITED STATES DISTRICT COURT**

**DISTRICT OF OREGON**

**PORTLAND DIVISION**

| | |
|---|---|
| **JERRI BOON,** | No. 3:10-cv-01044-HU |
| Plaintiff, | **OPINION AND ORDER** |
| vs. | |
| **UNION PACIFIC RAILROAD CO., et al.,** | |
| Defendants. | |

Jerri Boon
12435 SW Pioneer Ln. #A101
Beaverton, OR 97008
Telephone: (503) 406-7819

    Pro Se Plaintiff

David W. Silke
Sarah N. Turner
Gordon & Rees LLP
701 Fifth Avenue, Suite 2100
Seattle, WA 98104
Telephone: (206) 695-5115
Facsimile: (206) 689-2822

    Of Attorneys for Defendant
    Union Pacific Railroad

Page 1 - OPINION AND ORDER

**HUBEL, J.,**

Defendant Union Pacific moved to dismiss pro se plaintiff Jerry Boon's Amended Complaint on April 26, 2012. After failing to meet her original response deadline, the Court granted Boon's belatedly filed motion for an extension of time to file a response brief. Ultimately, Boon filed her response on June 21, 2012, and Union Pacific filed its reply on July 5, 2012. That same day, the Court took Union Pacific's motion to dismiss under advisement.

Since then, Boon has filed three additional pleadings that pertain to Union Pacific's motion to dismiss. Specifically, Boon filed declarations on July 23, August 24, and September 28, respectively. Union Pacific has moved to strike Boon's declarations on the grounds that they are repetitive and Boon did not seek leave to allege any additional facts. The Court agrees with Union Pacific. These filings explicitly incorporate Plaintiff's response filed on June 21, 2012. Each subsequent filing by Boon incorporates each previous filing, thus adding nothing of substance to the briefing. I grant Union Pacific's motion to strike the declarations Boon filed on July 23 (Docket No. 96), August 24 (Docket No. 98), and September 28 (Docket No. 100). *See* LR 7-1(e)(3). No further filings or briefing may be filed by any party with respect to Union Pacific's April 26, 2012 motion to dismiss without the express leave of the court.

IT IS SO ORDERED.

Dated this 3rd day of October, 2012.

/s/ Dennis J. Hubel

_____
DENNIS J. HUBEL
United States Magistrate Judge

Page 2 - OPINION AND ORDER